

FILED
08 MAR 26 PM 12:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 08 80046 MISC

Spencer Postal McGrew - #57763

VRW

**ORDER TO SHOW CAUSE**

It appearing that Spencer Postal McGrew has been suspended for six months by the Supreme Court of California effective January 19, 2008, and until State Bar Court grants motion to terminate suspension.

**IT IS ORDERED**

That respondent show cause in writing on or before April 22, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Spencer Postal McGrew
Attorney At Law
129 Palm Avenue
Modesto, CA 95350